IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-02702-SKC

**KATELYN SCHILLER,**

    Plaintiff;

v.

**COLORADO STATE UNIVERSITY;**
**SPECTRA;**
**MICHAEL BEST;** and
**SCOTT SCHELL;**

    Defendant(s).

**SUMMONS IN A CIVIL ACTION**

TO:   SPECTRA.

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the Plaintiff an answer to the attached complaint or motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    S. Birk Baumgartner
    Sean M. Simeson
    Baumgartner Law, LLC
    300 E. Hampden Ave., Ste. 401
    Englewood, CO 80113

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

2

                                               *CLERK OF COURT*

_____     _____
Date                                                              *Signature of Clerk or Deputy Clerk*