**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20-cv-02702-SKC

KATELYN SCHILLER,

      Plaintiff,

v.

THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, BY AND ON BEHALF OF COLORADO STATE UNIVERSITY;
OVATIONS FOOD SERVICES, LP d/b/a SPECTRA FOOD SERVICES AND HOSPITALITY;
MICHAEL BEST; and
SCOTT SCHELL;

      Defendants.

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Ovations Food Services, LP d/b/a Spectra Food Services and Hospitality ("Spectra") submits the following corporate disclosure statement:

Spectra is owned by Ovations Food Services LLC and Spectra US, LLC.  No publicly traded corporation owns 10% or more of Spectra's stock.

Respectfully submitted this 23rd day of December, 2020.

                        JACKSON LEWIS P.C.

                        *s/ Jacqueline R. Guesno*
                        Jacqueline R. Guesno
                        Jonathan H. Geneus
                        950 17th Street, Suite 2600
                        Denver, Colorado 80202
                        Telephone: (303) 892-0404
                        Facsimile: (303) 892-5575
                        Jacqueline.Guesno@jacksonlewis.com
                        Jonathan.Geneus@jacksonlewis.com

                        *ATTORNEYS FOR DEFENDANT*
                        *OVATIONS FOOD SERVICES, LP D/B/A*
                        *SPECTRA FOOD SERVICES AND*
                        *HOSPITALITY*

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of December, 2020, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed via CM/ECF and mailed upon the following:

S. Birk Baumgartner
Sean M. Simeson
Baumgartner Law, LLC
300 E. Hampden Avenue, Suite 401
Englewood, CO 80013
birk@baumgartnerlaw.com
sean@baumgartnerlaw.com

2

A. Mark Isley
Clifford L. Beem
Danielle C. Beem
Beem & Isley, P.C.
730 17th Street, Suite 850
Denver, CO 80202
amisley@beemlaw.net
clbeem@beemlaw.net
dcbeem@beemlaw.net

*ATTORNEYS FOR PLAINTIFF*

Skipppere Spear
Andrew M. Katarikawe
Lauren Davison
J. Patrick Hizon Warwick-Diaz
Office of the Colorado Attorney General
1300 Broadway, 6th Floor
Denver, CO 80203
Skip.spear@coag.gov
Andrew.katarikawe@coag.gov
Lauren.davison@coag.gov
Patrick.warwick-diaz@coag.gov

*ATTORNEYS FOR DEFENDANT COLORADO STATE UNIVERSITY*

Jeffrey S. Pagliuca
Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203
jpagliuca@hmflaw.com

*ATTORNEY FOR DEFENDANT SCOTT SCHELL*

Craig A. Silverman
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
csilverman@springersteinberg.com

*ATTORNEY FOR DEFENDANT MICHAEL BEST*

*s/ Faith Poindexter*
for Jackson Lewis P.C.

3