IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02702-SKC

KATELYN SCHILLER,

Plaintiff,

v.

THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, BY AND ON BEHALF OF COLORADO STATE UNIVERSITY; OVATIONS FOOD SERVICES, LP (d/b/a/ SPECTRA FOOD SERVICES AND HOSPITALITY); MICHAEL BEST; and SCOTT SCHELL,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Jennifer H. Hunt, Senior Assistant Attorney General, hereby enters her appearance on behalf of Defendant, Board of Governors of the Colorado State University System, by and on behalf of Colorado State University.

All parties shall send a copy of all pleadings, motions, and briefs filed with the Court to the undersigned Senior Assistant Attorney General.

DATED this 26th day of August, 2021.

                                        PHILIP J. WEISER
                                        Attorney General

                                        */s/ Jennifer H. Hunt*
                                        JENNIFER H. HUNT, 29964*
                                        Senior Assistant Attorney General

                                        ATTORNEY FOR DEFENDANT BORAD
                                        OF GOVERNORS OF THE COLORADO
                                        STATE UNIVERSITY SYSTEM

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6215
jennifer.hunt@coag.gov
*counsel of record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing Entry of Appearance upon all parties herein by filing copies of same using the ECF System, this 26th day of August, 2021 addressed as follows:

S. Birk Baumgartner
Sean M. Simeson
Baumgartner Law, LLC
300 E. Hampden Ave, Ste. 401
Englewood, CO 80013

*Attorneys for Plaintiff*

Clifford L. Beem
A. Mark Isley
Danielle C. Beem
Beem & Isley, P.C.
730 17th Street, Ste. 850
Denver, CO 80202

*Attorneys for Plaintiff*

Jacqueline R. Guesno
Juan C. Obregon
Jackson Lewis P.C.
950 17th Street, Suite 2600
Denver, CO 80202

*Attorneys for Defendant Spectra*

Jeffrey S. Pagliuca
Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203

*Attorney for Defendant Schell*

Craig A. Silverman
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202

*Attorney for Defendant Best*

*/s/ Carmen Van Pelt*