IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-02702-RM-SKC

**KATELYN SCHILLER,**

    Plaintiff,

v.

**THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, BY AND ON BEHALF OF COLORADO STATE UNIVERSITY;**
**OVATIONS FOOD SERVICES, LP (d/b/a SPECTRA FOOD SERVICES AND HOSPITALITY);**
**MICHAEL BEST; and**
**SCOTT SCHELL,**

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

S. Birk Baumgartner and Sean M. Simeson of Baumgartner Law, LLC, hereby move to withdraw as counsel of record for Plaintiff in the above-captioned matter and state as follows:

Plaintiff Katelyn Schiller has requested that Baumgartner Law, LLC withdraw their representation of her in this matter. Plaintiff has retained new counsel to represent her as evidenced by the entries of appearance filed by Benjamin DeGolia and Matthew Cron.

There will be ne prejudice to any of the parties or to the orderly progression of this case.

1

Dated this 8th day of September, 2021.

        Respectfully submitted,
        BAUMGARTNER LAW, LLC

        *s/ Sean M. Simeson*
        S. Birk Baumgartner
        Sean M. Simeson
        300 E. Hampden Ave, #401
        Englewood, CO 80013
        Phone: (720) 626-9418
        birk@baumgartnerlaw.com
        sean@baumgartnerlaw.com

        BEEM & ISLEY, P.C.

        *s/Clifford L. Beem*

        *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September, 2021, a true and exact copy of the foregoing was filed using the CM/ECF system which will send notification of such filing to the following:

Andrew M. Katarikawe
Lauren Davison
Skippere Spear
Andrew.katarikawe@coag.gov
Lauren.davison@coag.gov
Skip.spear@coag.cov

Jacqueline R. Guesno
Juan C. Obregon
Jacqueline.guesno@jacksonlewis.com
Juan.Obregon@jacksonlewis.com

Jeffrey S. Pagliuca
jpagliuca@hmflaw.com

Craig A. Silverman
csilverman@springersteinberg.com

Benjamin DeGolia
Matthew Cron
bd@rmlawyers.com
mc@rmlawyers.com

Clifford L. Beem
A. Mark Isley
Danielle C. Beem
clbeem@beemlaw.net
amisley@beemlaw.net
dcbeem@beemlaw.net

Plaintiff Katelyn Schiller, via email only

                                                *s/ Carly C. Kelley*
                                                Carly C. Kelley