IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 20-cv-02702-RM-SKC | Date: January 5, 2022 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

*Parties:*                                              *Counsel:*

KATELYN SCHILLER,                        Benjamin DeGolia
                                                              Ciara Anderson
                                                              Matthew Cron

   Plaintiff,

v.

THE BOARD OF GOVERNORS OF THE           Skippere Spear
COLORADO STATE UNIVERSITY SYSTEM,
OVATIONS FOOD SERVICES, LP,                    Emely Garcia
                                                              Jacqueline Guesno
MICHAEL BEST,                                       Craig Silverman
SCOTT SCHELL,                                       Jeffrey Pagliuca

   Defendant.

---

# COURTROOM MINUTES

**HEARING: TELEPHONE DISCOVERY HEARING**
**Court in session: 01:05 p.m.**
Court calls case. Appearances of counsel.

This hearing is before the Court to discuss discovery disputes. The Court has reviewed emails sent to chambers.

Discussion regarding the need to hold portions of this hearing off the record.

**ORDERED:** Plaintiff is authorized to file a motion to compel regarding the issue of personal cell phones.

CSU shall provide Plaintiff with a list of names for whom they have searched for ESI and a list of the search terms used.

1:51 p.m.    Counsel and the Court switch to a secure conference line provided by counsel. The remaining portion of the hearing is SEALED.

Discussion regarding Plaintiff's deposition that has now been postponed.

**ORDERED:**   The Court will issue a protective order regarding Plaintiff's deposition.

Hearing Concluded.

**Court in recess: 02:56 p.m.**
Total time in court: 01:51

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.
.