IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 20-cv-2702-RM-SKC | Date:   February 11, 2022 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201* |

*Parties:*                                                             *Counsel:*

KATELYN SCHILLER,                                       Benjamin DeGolia
                                                                          Matthew Cron
   Plaintiff,

v.

BOARD OF GOVERNORS OF THE COLORADO          Skip Spear
STATE UNIVERSITY SYSTEM, THE, et al.,                Lauren Davison
                                                                          Emely Garcia
   Defendant.

## COURTROOM MINUTES

**HEARING: STATUS CONFERENCE**
**Court in session: 10:34 a.m.**
Court calls case.  Appearances of counsel by telephone.

Discussion held regarding the parties' continued discovery issues related to the ESI search terms, also discussed at the January 5, 2022, telephonic discovery conference.  The Plaintiff requests for the CSU Defendant to provide the ESI search terms.  The CSU Defendant notifies the Court there were no ESI search terms used, but their General Counsel sent letters to CSU employees instructing them to turn over all information related to the Plaintiff.

**ORDERED:**   The parties shall confer over an ESI protocol and submit a proposed ESI Protocol to the Court, complete with identification of the custodians at CSU who systems would be searched and complete with proposed search terms **on or before February 18, 2022**.

**ORDERED:**   The CSU Defendant shall run searches based on the search terms contained within the ESI Protocol and produce the results to the Plaintiff **within 21 days of the Court's entry of the Order regarding the ESI Protocol**.

Discussion held regarding the Defendants' concerns with the Plaintiff not providing the ESI results from the Plaintiff's cell phone.  Plaintiff states they have had technical difficulties downloading the information from the cell phone and continues to diligently work on solving the issue.

**ORDERED:**   The Plaintiff shall provide the Defendants their text messages **at least one week** before the scheduled Settlement Conference.

HEARING CONCLUDED.
**Court in recess: 10:59 a.m.**
Total time in court: 00:25

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.