

February 8, 2022

Skippere "Skip" Spear
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado 80203
(720) 508-6140
Skip.spear@coag.gov

      **Re: Search Terms for Defendant's Search for ESI Responsive to Plaintiff's Requests for Production**

Dear Counsel,

Below please find a list of search terms to search for responsive ESI pursuant to Plaintiff's Requests for Production dated August 31, 2021.

      Sincerely,

      RATHOD MOHAMEDBHAI LLC
      Benjamin DeGolia
      bd@rmlawyers.com
      Attorney for Plaintiff

**RATHOD | MOHAMEDBHAI LLC**
ATTORNEYS AT LAW

| | | |
|---|---|---|
| "Katelyn" | "Donor" | "fail!" /s "report!" |
| "Schiller" | "Brunch" | "delay!" /s "report!" |
| "Susie" OR "Suzie" | "Savi!" | "auxiliary suite" |
| "Wargin" | "Gudiel" OR "Guidel" | "bruis!" |
| "Mike OR Michael" AND "Best OR Wargin" | "WGAC" | "drag!" |
| | "Thigh!" | "assault!" |
| "Karla" | "Pocket!" | "intoxicated" |
| "Lewis" | "deliberate! indifferen!" | "OEO OR Office of Equal Employment" AND "Schiller" |
| "Shawn" | "Landmark" | |
| "Sumstein" OR "Sumstine" | "Blake" | "touch!" AND "body OR sex!" |
| "Abigail" | "Phillips" | |
| "Hall" | "Clem" | "severe" AND "pervasive" |
| "Loge" | "report" AND "24 hour!" | "open" /s "pocketbook" |
| "Spectra" | "Schell" | "Marquette" |
| "Sept! 7!" | "inappropriate!" | "unacceptable OR inappropriate" AND "behavior" |
| "Sept! 21!" | "sexual contact" | |
| "Oct! 5!" | "sexual misconduct" | |
| "Grab!" | "Knudsen" | |
| "Bruis!" | "remove!" | |
| "Bitch" | "allow!" /s "back" | |
| "Hips" | "new information" | |
| "Harass!" | "video" AND "canvas OR loge OR stadium" | |
| "Title IX" | | |
| "Gretchen" | "study abroad" | |
| "Tribken" | "grop!" | |
| "Booster" | "caress!" | |