12:19   5G 95% 

← **Mike Best**   📹   📞   🔍   ⋮

Friday, Oct 25, 2019 • 11:37 AM



Hey Steve.
Mike Best here.
Wondering if we could chat when you have several hours free. Just kidding, when you have a chance. I talked briefly with Dave. Just trying to figure out how this went sideways.
Thx

Friday, Oct 25, 2019 • 6:33 PM

     Text mess…    

|||   ○   <

CSU1294

12:20

Mike Best

> went sideways.
> Thx

**Friday, Oct 25, 2019 • 6:33 PM**

> Okay. I understand. It just seems like decisions are being made with a fairly limited amount of info. Does that make sense?

**Friday, Nov 15, 2019 • 6:53 AM**

> Good Morning. Should we find time to sit down and discuss moving forward

Text mess…

CSU1295