IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02702-SKC

KATELYN SCHILLER,

Plaintiff,

v.

THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, BY AND ON BEHALF OF COLORADO STATE UNIVERSITY;
OVATIONS FOOD SERVICES, LP (d/b/a SPECTRA FOOD SERVICES AND HOSPITALITY);
MICHAEL BEST; and
SCOTT SCHELL,

Defendants.

## DEFENDANT THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM'S 26(a)(1) DISCLOSURES

Defendant, the Board of Governors of the Colorado State University System, by and on behalf of the Colorado State University ("CSU" or "the University"), submits the following disclosures pursuant to Fed. R. Civ. P. 26(a)(1):

### INTRODUCTORY STATEMENT

The following disclosures are made based on the information reasonably available to Defendant as of this date. By making these disclosures, Defendant does not represent that it is identifying every document, tangible thing or witness possibly relevant to this lawsuit. Defendant's investigation of Plaintiff's claims is continuing. Consequently, Defendant has not received or collected all conceivable documents relating to this action, interviewed all possible witnesses in this lawsuit

or completed investigation of its defenses to Plaintiff's allegations. Defendant will supplement these disclosures as additional documents and/or witnesses with information relevant to this lawsuit are identified.

These disclosures represent a good faith effort to identify information required by Rule 26(a)(1). Defendant does not waive its right to object to production of any document or tangible thing identified herein on the basis of any privilege, the work product doctrine, relevancy, or any other objection.

Finally, Defendant's disclosure and production of documents should not be construed as an admission or stipulation as to the authenticity or admissibility of the produced documents.

## I. INDIVIDUALS WHO ARE LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO THE PARTIES' CLAIMS AND DEFENSES

1. <u>Katelyn Schiller,</u> c/o Baumgartner Law, LLC, 300 E. Hampden Ave. Ste. 401, Englewood, CO 80013, 720-626-9418; and Beem & Isley, P.C., 730 17th Street, Ste. 850, Denver, CO 80202, 303-849-8100. Ms. Schiller is Plaintiff in this matter and has knowledge and information regarding her claims, statements made by her and others, and all other allegations in the Second Amended Complaint of which she may have personal knowledge.

2. <u>Michael Best</u>, c/o Craig A. Silverman, Springer & Steinberg, P.C., 1600 Broadway, Ste. 1200, Denver, CO 80202. Mr. Best may have knowledge and information regarding events related to allegations in the Second Amended Complaint of which he may have personal knowledge.

3.    <u>Susie Wargin</u>, c/o Craig A. Silverman, Springer & Steinberg, P.C., 1600 Broadway, Ste. 1200, Denver, CO 80202. Ms. Wargin may have knowledge and information regarding events related to allegations in the Second Amended Complaint of which she may have personal knowledge.

4.    <u>Gretchin Tribken</u>, c/o Jacqueline R. Guesno and Jonathan H. Geneus, Jackson Lewis, P.C., 950 17th Street, Ste. 2600, Denver, CO 80202. Ms. Tribken may have knowledge and information regarding events related to allegations in the Second Amended Complaint of which she may have personal knowledge.

5.    <u>Joe Parker</u>, CSU Athletics Director. Mr. Parker may be contacted through counsel at the Office of the Attorney General. Mr. Parker may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which he may have personal knowledge.

6.    <u>Scott Schell</u>, c/o Jeffrey S. Pagliuca, Haddon, Morgan and Foreman, P.C., 150 East 10th Ave, Denver, CO 80203. Mr. Schell may have knowledge and information regarding events related to allegations in the Second Amended Complaint of which he may have personal knowledge.

7.    <u>Shawn Sumstein</u>, c/o Jacqueline R. Guesno and Jonathan H. Geneus, Jackson Lewis, P.C., 950 17th Street, Ste. 2600, Denver, CO 80202. Mr. Sumstein may have knowledge and information regarding events related to allegations in the Second Amended Complaint of which he may have personal knowledge.

8. <u>Karla Lewis</u>, c/o Jacqueline R. Guesno and Jonathan H. Geneus, Jackson Lewis, P.C., 950 17th Street, Ste. 2600, Denver, CO 80202. Ms. Lewis may have knowledge and information regarding events related to allegations in the Second Amended Complaint of which she may have personal knowledge.

9. <u>Steve Cottingham</u>, CSU Deputy Athletics Director. Mr. Cottingham may be contacted through counsel at the Office of the Attorney General. Mr. Cottingham may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which he may have personal knowledge.

10. <u>David Crum</u>, CSU Athletics. Mr. Crum may be contacted through counsel at the Office of the Attorney General. Mr. Crum may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which he may have personal knowledge.

11. <u>Sean Fitzpatrick</u>, CSU Police Department Detective. Detective Fitzpatrick may be contacted through counsel at the Office of the Attorney General. Detective Fitzpatrick conducted a criminal investigation on this matter and may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which he may have personal knowledge.

12. <u>Amanda Duhon</u>, Deputy District Attorney for Eighth Judicial District. District Attorney's Office, 201 LaPorte Ave., Ste. 200, Fort Collins, CO 80521. Deputy District Attorney Duhon screened the criminal case for a felony filing

decision in the Eighth Judicial District and may have information and knowledge regarding statements she made and all other allegations in the Second Amended Complaint of which she may have personal knowledge.

13. <u>Jay McMillan</u>, CSU Athletics. Mr. McMillan may be contacted through counsel at the Office of the Attorney General. Mr. McMillan is Mr. Crum's assistant and may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which he may have personal knowledge.

14. <u>Savionne Guidel</u>, CSU Athletics Box Office Attendant. Ms. Guidel's contact information is currently unknown. Ms. Guidel may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which she may have personal knowledge.

15. <u>Marc and Jennifer Reck</u>, adjacent loge box occupants. Mr. and Mrs. Reck's contact information is currently unknown. Mr. and Mrs. Reck may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which they may have personal knowledge.

16. <u>Jim, Jan, and Marcus Kincaid</u>, adjacent loge box occupants. The Kincaid family's contact information is currently unknown. The Kincaids may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which they may have personal knowledge.

17. <u>Ryun Williams</u>, CSU Athletics. Mr. Williams may be contacted through counsel at the Office of the Attorney General. Mr. Williams may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which he may have personal knowledge.

18. <u>Mark Paquette</u>, Associate Athletics Director for Facilities/Canvas Stadium Manager. Mr. Paquette may be contacted through counsel at the Office of the Attorney General. Mr. Paquette may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which he may have personal knowledge.

19. <u>Josh Sheeran</u>, CSU Police Department. Mr. Sheeran may be contacted through counsel at the Office of the Attorney General. Mr. Sheeran may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which he may have personal knowledge.

20. <u>Derek Smith</u>, CSU Police Department. Mr. Smith may be contacted through counsel at the Office of the Attorney General. Mr. Smith may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which he may have personal knowledge.

21. <u>Jadon Dobbins</u>, CSU Police Department. Mr. Dobbins may be contacted through counsel at the Office of the Attorney General. Mr. Dobbins may have information and knowledge regarding statements made by Plaintiff and all

other allegations in the Second Amended Complaint of which he may have personal knowledge.

22. <u>Abigail Hall</u>, Plaintiff Schiller's roommate and server for loge box adjacent to Defendant Best's. Ms. Hall's contact information is currently unknown. Ms. Hall may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which she may have personal knowledge.

23. <u>Audrey Swenson</u>, CSU Title IX Investigator. Ms. Swenson may be contacted through counsel at the Office of the Attorney General.  Ms. Swenson may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which she may have personal knowledge.

24. <u>Courtney Kavanaugh</u>, CSU Women and Gender Advocacy Center advocate. Ms. Kavanaugh may be contacted through counsel at the Office of the Attorney General.  Ms. Kavanaugh may have information and knowledge regarding statements made by Plaintiff and all other allegations in the Second Amended Complaint of which she may have personal knowledge.

25. Any witnesses disclosed by Plaintiff.

26. Any witness necessary to authenticate any document or exhibit.

27. Any witness necessary for impeachment or rebuttal.

## II. DOCUMENTATION/EVIDENCE RELEVANT TO THE PARTIES' CLAIMS AND DEFENSES

1. CSUPD audio recordings – to be disclosed upon entry of a protective order and execution of appropriate FERPA waivers.

2. CSUPD video recordings – to be disclosed upon entry of a protective order.

3. CSUPD Axon audit logs – to be disclosed upon entry of a protective order.

4. Detective Fitzpatrick's cell phone calls and SMS logs – to be disclosed upon entry of a protective order and execution of appropriate FERPA waivers.

5. CSUPD police report – to be disclosed upon entry of a protective order and execution of appropriate FERPA waivers.

6. Emails relating to case – to be disclosed upon entry of a protective order and execution of appropriate FERPA waivers.

7. Canvas Stadium Diagrams; CSU001-CSU004

8. Landmark Contract/amendments; CSU005-CSU034

9. Ovations Contract/amendments; CSU035-CSU063

10. CSU Title IX Report; CSU064-CSU079

11. Notice of Claim; CSU080-CSU084

12. Any document disclosed by any other party.

## III. COMPUTATION OF DAMAGES

The University is not requesting damages at this time, but will seek attorneys' fees and costs as permitted by law.

## IV. INSURANCE INFORMATION

The University is continuing to work to determine whether it has insurance coverage for these claims but has sufficient resources to satisfy any judgment that reasonably could be expected to be awarded as damages in this action.

DATED this 26th day of January, 2021.

                                            PHILIP J. WEISER
                                            Attorney General

                                            */s/ Skip Spear*
                                            Skippere Spear, No. 32601*
                                            Senior Assistant Attorney General

                                            ATTORNEY FOR DEFENDANT
                                            COLORADO STATE UNIVERSITY
                                            Ralph L. Carr Colorado Judicial Center
                                            1300 Broadway, 6th Floor
                                            Denver, CO 80203
                                            (720) 508-6140
                                            skip.spear@coag.gov
                                            *counsel of record

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **Defendant the Board of Governors of the Colorado State University System's 26(a)(1) Disclosures** upon all parties herein by serving copies of same via email, this 26th day of January, 2021 addressed as follows:

S. Birk Baumgartner
Sean M. Simeson
Baumgartner Law, LLC
300 E. Hampden Ave, Ste. 401
Englewood, CO 80013

*Attorneys for Plaintiff*

Clifford L. Beem
A. Mark Isley
Danielle C. Beem
Beem & Isley, P.C.
730 17th Street, Ste. 850
Denver, CO 80202

*Attorneys for Plaintiff*

Jacqueline R. Guesno
Jonathan H. Geneus
Jackson Lewis P.C.
950 17th Street, Suite 2600
Denver, CO 80202

*Attorneys for Defendant Spectra*

Jeffrey S. Pagliuca
Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203

*Attorney for Defendant Schell*

Craig A. Silverman
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202

*Attorney for Defendant Best*

                                                */s/ Carmen Van Pelt*