IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02702-SKC

KATELYN SCHILLER,

Plaintiff,

v.

THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, et al.,

Defendants.

## SUBMISSION OF PROPOSED ESI PROTOCOL

Defendant, Board of Governors of the Colorado State University System ("CSU" or "the University"), submits the following proposed protocol governing the identification and production of electronically stored information ("ESI") and other documents and states as follows:

1. On February 11, 2022, the Court held a discovery conference regarding multiple discovery disputes.

2. The Court ordered the Parties to submit a proposed ESI protocol no later than February 18, 2022.

3. The Parties have conferred and reached an agreement regarding an ESI protocol, aside from one issue.

4. Specifically, the Parties disagree as to the scope of the presumption of privilege, stated in Paragraph 9 of the protocol, and whether the presumption

should apply to the University's attorneys that are employed in the Office of General Counsel

    5.    The proposed protocol is attached here as **Exhibit A**.

Respectfully submitted this 18th day of February, 2022.

                  PHILIP J. WEISER
                  Attorney General

                  */s/ Lauren Davison*
                  Skippere Spear, No. 32601*
                  Jennifer Hunt, No. 29964*
                  Lauren Davison, No. 51260*
                  Jacquelynn N. Rich Fredericks, No. 39932
                  Assistant Attorneys General
                  Ralph L. Carr Colorado Judicial Center
                  1300 Broadway, 6th Floor
                  Denver, CO 80203
                  (720) 508-6140; -6215; -6631; -6603
                  skip.spear@coag.gov
                  jennifer.hunt@coag.gov
                  lauren.davison@coag.gov
                  jacquelynn.richfredericks@coag.gov

                  ATTORNEYS FOR DEFENDANT
                  COLORADO STATE UNIVERSITY
                  *Counsel of record

## CERTIFICATE OF SERVICE

  I certify that I served the foregoing SUBMISSION OF PROPOSED ESI PROTOCOL upon all parties herein by filing copies of same using the ECF System, this 18th day of February, 2022 addressed as follows:

Benjamin DeGolia
Matthew Cron
Ciara Anderson
Rathod Mohamedbhai
2701 Lawrence Street, Suite 100
Denver, CO 80205
*Attorneys for Plaintiff*

Jacqueline R. Guesno
Juan C. Obregon
Jackson Lewis P.C.
950 17th Street, Suite 2600
Denver, CO 80202
*Attorneys for Defendant Spectra*

Jeffrey S. Pagliuca
Haddon, Morgan and Foreman, P.C.
150 East 10th Avenue
Denver, CO 80203
*Attorney for Defendant Schell*

Craig A. Silverman
Springer & Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, CO 80202
*Attorney for Defendant Best*

            */s/ Carmen Van Pelt*