IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-02702-RM-SKC

KATELYN SCHILLER,

    Plaintiff;

    v.

THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, BY AND ON BEHALF OF COLORADO STATE UNIVERSITY;
OVATIONS FOOD SERVICES, LP (d/b/a SPECTRA FOOD SERVICES AND HOSPITALITY);
MICHAEL BEST; and
SCOTT SCHELL,

    Defendants.

## JOINT MOTION FOR ENTRY OF STIPULATED ORDER REGARDING PRODUCTION OF ESI

    Plaintiff and Defendant Board of Governors, by and through their respective counsel, hereby request that the court enter the attached stipulated ESI protocol. As grounds therefore the Parties state as follows:

    1.    The Court held a status conference on February 11, 2022 to discuss ongoing disputes relating to ESI.

    2.    During the status conference, the Court ordered that the parties submit a proposed ESI Protocol to the Court no later than February 18, 2022. The Court also ordered that CSU be required to produce ESI responsive to Plaintiff's written discovery requests within twenty-one (21) days following the Court's entry of the ESI Protocol.

3.       The parties submitted a Proposed ESI Protocol on February 18, 2022. At the time of that submission, the parties disputed one minor section of the Proposed ESI Protocol. The parties have since resolved that dispute. The parties thus stipulate to every provision of the revised Proposed ESI Protocol, which is attached herein as Exhibit A.

WHEREFORE, Plaintiff and Defendants respectfully requests that the Court grant this Motion and enter the parties' proposed ESI protocol.

Respectfully submitted this 16th day of March 2022.

*s/ Benjamin DeGolia*
Benjamin DeGolia
Ciara Anderson
Matthew Cron
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400
bd@rmlawyers.com
mc@rmlawyers.com
ca@rmlawyers.com

*Attorneys for Plaintiff*

*s/ Lauren Davison*
Lauren Davison
Skippere Spear
Jennifer H. Hunt
Patrick Warwick-Diaz
Office of the Colorado Attorney General
1300 Broadway, 6th Floor
Denver, CO 80203
Lauren.davison@coag.gov
Skip.spear@coag.gov
Jennifer.hunt@coag.gov
Patrick.warwick-diaz@coag.gov

*Attorneys for Defendant Board of Governors*