IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 20-cv-02702-RM-SKC

KATELYN SCHILLER,

    Plaintiff,

v.

THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, BY AND ON BEHALF OF COLORADO STATE UNIVERSITY;
OVATIONS FOOD SERVICES, LP (d/b/a SPECTRA FOOD SERVICES AND HOSPITALITY);
MICHAEL BEST; and
SCOTT SCHELL

    Defendants.

---

### ORDER OF DISMISSAL AS TO DEFENDANT MICHAEL BEST
---

This matter is before the Court on Plaintiff's Motion to Dismiss Defendant Michael Best (ECF No. 130). Upon consideration of the Motion, the file, and the applicable rules, and being otherwise fully advised, it is

**ORDERED** that Plaintiff's Motion (ECF No. 130) is hereby **GRANTED**. Pursuant to Fed. R. Civ. P. 21, the Plaintiff's claims as against Defendant Michael Best only are hereby **DISMISSED**. All other Defendants remain in the case; and it is

**FURTHER ORDERED** that Defendant Michael Best's name shall be removed from the caption in all future filings with the Court.

DATED this 18th day of March, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge