## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-02702-RM-SKC

KATELYN SCHILLER,

     Plaintiff;

     v.

THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, BY AND ON BEHALF OF COLORADO STATE UNIVERSITY; and
OVATIONS FOOD SERVICES, LP (d/b/a SPECTRA FOOD SERVICES AND HOSPITALITY),

     Defendants.

---

## MOTION TO EXTEND PLAINTIFF'S DEADLINE FOR SERVICE OF WRITTEN DISCOVERY REQUESTS ON DEFENDANT BOARD OF GOVERNORS

---

Plaintiff, by and through the undersigned counsel, hereby files this motion to extend her deadline for service of written discovery requests on Defendant Board of Governors of the Colorado State University System ("CSU"). As grounds therefore Plaintiff states as follows:

1.    The Parties' deadline for service of interrogatories, requests for production of documents and/or admissions is currently set for April 14, 2022.

2.    Following a discovery conference in late December 2021, the Court issued an Order on January 5, 2022, ordering CSU to disclose to Plaintiff the list of search terms and custodians it used to search for ESI responsive to Plaintiff's requests for production. *See* ECF No. 114.

3.    The Court held a status conference on February 11, 2022, during which time CSU "notifie[d] the Court there were no ESI search terms used, but their General Counsel sent letters

1

to CSU employees instructing them to turn over all information related to the Plaintiff." *See* ECF No. 124.

4.      The Court ordered the parties to submit a proposed ESI protocol to the Court identifying a stipulated list of custodians and search terms. *Id.*

5.      The Court further ordered that "[t]he CSU Defendant shall run searches based on the search terms contained within the ESI Protocol and produce the results to the Plaintiff **within 21 days of the Court's entry of the Order regarding the ESI Protocol**." *Id.*

6.       The Court entered the parties' proposed ESI Protocol on March 16, 2022. *See* ECF No. 127-1. Consequently, CSU's deadline to produce ESI responsive to Plaintiff's requests for production was Wednesday, April 6, 2022.

7.      Around 5pm on April 6, 2022, following an in-person deposition, counsel for CSU informed counsel for Plaintiff that CSU had run searches based on the parties' agreed-upon custodians and search terms, that the searches had resolved to approximately 600,000 documents, and that CSU would not be producing ESI responsive to Plaintiff's requests by the April 6, 2022 deadline. This was the first time CSU had communicated to Plaintiff that it would be unable to produce responsive ESI by the court's ordered deadline.

8.      The following day, CSU's employee, Monica Rivera, testified in her deposition that she had been sent an email one week earlier, requesting that she search her computer for responsive documents based on the parties' agreed-upon search terms, and that she herself review responsive documents to determine which were "relevant to Katie Schiller."[1]

---

[1] Plaintiff has not yet received the transcript from this deposition, and the summary provided here is based only on Plaintiff's attorneys' recollection. Furthermore, during a conferral the following day, counsel for CSU informed counsel for Plaintiff that he had instructed CSU that although its employees should themselves search their

9.      The parties will likely require court intervention to resolve these ongoing ESI issues. Plaintiff anticipates it may be several weeks before responsive ESI is produced.

10.     Plaintiff wishes to preserve her option to issue a follow-up set of written discovery requests based on the documents and communications produced by CSU in response to Plaintiff's First Set of Written Discovery Requests.

11.     Although the parties intend to request a status conference to resolve their ongoing ESI issues, counsel for CSU is not available until Friday, April 15, 2022, after the deadline for service of written discovery requests.

12.     Counsel for Plaintiff has conferred with counsel for CSU, including by sharing a draft of this motion; CSU does not oppose the relief Plaintiff requests.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order extending her deadline for service of interrogatories, requests for production, and requests for admission on CSU by thirty (30) days, to May 14, 2022.

Respectfully submitted this 12th day of April, 2022.

RATHOD | MOHAMEDBHAI LLC

*s/ Benjamin DeGolia*
Benjamin DeGolia
Ciara Anderson
Matthew Cron
2701 Lawrence Street, Suite 100
Denver, CO 80205

---

computers for responsive documents and communications, they should not themselves review those documents and communications for relevancy. Whether

(303) 578-4400
bd@rmlawyers.com
mc@rmlawyers.com
ca@rmlawyers.com