IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-02702-SKC

KATELYN SCHILLER,

Plaintiff,

v.

THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, BY AND ON BEHALF OF COLORADO STATE UNIVERSITY; and OVATIONS FOOD SERVICES, LP (d/b/a/ SPECTRA FOOD SERVICES AND HOSPITALITY),

Defendants.

## JOINT MOTION FOR EXTENSION OF TIME TO DESIGNATE REBUTTAL EXPERTS

Defendants, the Board of Governors of the Colorado State University System, acting by and on behalf of the Colorado State University ("CSU"), and Ovations Food Services, LP, doing business as Spectra Food Services and Hospitality ("Spectra"), through undersigned counsel, submit the following Joint Motion for Extension of Time to Designate Rebuttal Experts. As grounds therefore, Defendants state as follows:

1. On January 25, 2022, the Court granted the Parties Joint Motion to Extend Discovery Deadlines. ECF No. 120.

2. Pursuant to that order, Plaintiff was required to designate any affirmative experts by March 14, 2022 and Defendants are required to designate rebuttal experts by April 14, 2022. *Id.*

3. Per Fed. R. Civ. P. 26(a)(2)(B), this designation must include:

   a. a complete statement of all opinions the witness will express and the basis and reasons for them;
   b. the facts or data considered by the witness in forming them;
   c. any exhibits that will be used to summarize or support them;
   d. the witness's qualifications, including a list of all publications authored in the previous 10 years;
   e. a list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and
   f. a statement of the compensation to be paid for the study and testimony in the case.

4. On March 14, 2022, Plaintiff disclosed only her affirmative expert's name, Jessica Frazier, and basic qualifications. **Ex. A; Ex. B.** Plaintiff did not include a statement of the opinions Ms. Frazier will express or the basis therefore, the facts or data she considered, exhibits used to support the opinions, a list of Ms. Frazier's publications, a list of other cases in which Ms. Frazier has testified, or a statement of compensation. **Ex. B.**

5. While Plaintiff did not include Ms. Frazier's expert report with the March 14, 2022 disclosure, it was included as one of her many exhibits to her mediation statement.

6. However, that report did not include the facts or data considered by Ms. Frazier; Ms. Frazier's complete qualifications, including publications; a list of cases where she testified as an expert; or her compensation rates. *Id.*

7. Plaintiff did not provide the remaining Rule 26(a)(2)(B) requirements until March 23, 2022. **Ex. C.**

8. Plaintiff and Defendants' counsel conferred on March 24, 2022 regarding continuing Plaintiff's deposition. During that conferral, counsel also discussed extending Defendants' deadline for rebuttal expert designations given the delay in completing Plaintiff's affirmative expert designation. Plaintiff's counsel agreed to extend Defendants' deadline congruent with that delay.

9. Defendants' counsel also conferred with Plaintiff's counsel by email today, April 12, 2022, as to this motion. Plaintiff does not object to the relief requested herein.

10. Because Plaintiff's affirmative expert designation was not complete until March 23, 2022, nine days after the deadline, Defendants request the Court extend Defendants' deadline to designate rebuttal experts accordingly, to April 25, 2022.

WHEREFORE, Defendants respectfully request the Court enter an order extending Defendants' deadline to designate rebuttal experts to April 25, 2022.

Respectfully submitted this 12th day of April, 2022.

PHILIP J. WEISER
Attorney General

*/s/ Skip Spear*
SKIPPERE SPEAR, No. 32601*
Senior Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, CO 80203

(720) 508-6140
skip.spear@coag.gov

*/s/ Lauren Davison*
LAUREN DAVISON, No. 51260*
Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6631
lauren.davison@coag.gov

*/s/ Jennifer H. Hunt*
JENNIFER H. HUNT, 29964*
Senior Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6215
jennifer.hunt@coag.gov

*/s/ Patrick Hizon Warwick-Diaz*
J. PATRICK HIZON WARWICK-DIAZ, No. 49024*
Assistant Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
(720) 508-6124
patrick.warwick-diaz@coag.gov


ATTORNEYS FOR DEFENDANT BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM
*Counsel of record

JACKSON LEWIS P.C.


*s/ Jacqueline R. Guesno*
Jacqueline R. Guesno

4


Emely Y. Garcia
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Jacqueline.Guesno@jacksonlewis.com
Emely.Garcia@jacksonlewis.com

ATTORNEYS FOR OVATIONS FOOD SERVICES, LP

## CERTIFICATE OF SERVICE

I certify that I served the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO DESIGNATE REBUTTAL EXPERTS** upon all parties herein by filing copies of same using the ECF System, this 12th day of April, 2022 addressed as follows:

| | |
|---|---|
| Benjamin DeGolia<br>Matthew Cron<br>Ciara Anderson<br>Rathod Mohamedbhai<br>2701 Lawrence Street, Suite 100<br>Denver, CO 80205<br>*Attorneys for Plaintiff* | Jacqueline R. Guesno<br>Emely Garcia<br>Jackson Lewis P.C.<br>950 17th Street, Suite 2600<br>Denver, CO 80202<br>*Attorneys for Defendant Spectra* |

*/s/ Jennifer Davis-Weiser*