EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 20-cv-02702-RM-SKC

KATELYN SCHILLER,

    Plaintiff;

    v.

THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, BY AND ON BEHALF OF COLORADO STATE UNIVERSITY;
OVATIONS FOOD SERVICES, LP (d/b/a SPECTRA FOOD SERVICES AND HOSPITALITY);
MICHAEL BEST; and
SCOTT SCHELL,

    Defendants.

## PLAINTIFF'S DISCLOSURE OF EXPERT WITNESSES PURSUANT TO F.R.C.P. 26(a)(2)

Plaintiff Katelyn Schiller, by and through the undersigned counsel, hereby files this Disclosure of Expert Witnesses pursuant to Fed. R. Civ. P. 26(a)(2).

    A. **Retained Expert Pursuant to F.R.C.P. 26(a)(2)(B)(I)**

**Jessica Frazier MSW, LCSW**
**Counseling in Collaboration, LLC**
**390 S. Potomac Way, Suite C, Aurora, CO 80012**

    <u>Qualifications</u>

Ms. Frazier is a licensed clinical social worker in the State of Colorado, and the sole owner of Counseling in Collaboration, LLC, a private clinical therapy practice. The vast majority of Ms. Frazier's clinical experience for her 18-year career has been working with primary and secondary victims of interpersonal violence and abuse, in the role of trauma therapist and victim advocate. Ms. Frazier has extensive training, experience and expertise in assessing for, diagnosing and treating trauma related symptoms caused by sexual abuse and intimate partner violence.

Respectfully submitted this 14th day of March, 2022.

*s/ Benjamin DeGolia*
Benjamin DeGolia
Matthew Cron
Ciara Anderson
Rathod | Mohamedbhai LLC
2701 Lawrence St., Suite 100
Denver, CO 80205
bd@rmlawyers.com
mc@rmlawyers.com
ca@rmlawyers.com

*Attorneys for Plaintiff*
