# Counseling in Collaboration, LLC
## Jessica Frazier MSW, LCSW
390 South Potomac Way, Suite C, Aurora, CO 80012
PO Box 202644. Denver, CO 80220
720-432-1509/ jessicafrazier.cnc@gmail.com


EXHIBIT B

**2/2/2022 Trauma Assessment**

**Katelyn Schiller (DOB: 7/25/2000)**

<u>Brief Professional Biography</u>: My name is Jessica Frazier. I am a Licensed Clinical Social Worker in the state of Colorado, CSW License #09923590. I currently own and operate a private clinical therapy practice, Counseling in Collaboration, LLC in Aurora. The vast majority of my clinical experience has been working with primary and secondary victims of interpersonal violence and abuse for the past 18 years in the role of victim advocate and trauma therapist. More specifically, I have extended training, experience and expertise in assessing for, diagnosing and treating trauma related symptoms caused by sexual abuse and intimate partner violence.

<u>Demographic information:</u> Katelyn ("Katie") Schiller is a 21-year-old white woman. DOB is 07/25/2000. Katie currently resides in Spokane Washington. She is a law student at Gonzaga University. Katie presently resides with her partner, Noah Elston.

<u>Trauma Assessment Summary</u>: A trauma assessment was conducted virtually with Katelyn ("Katie") Schiller on Friday January 28th, 2022 via ZOOM. Relevant information regarding Katie's trauma history and psychological history was obtained. Katie also completed the **PCL-5 PTSD Checklist** and the **Trauma-Related Cognition Scale.**

During Katie's assessment she disclosed the following:

Katie disclosed that she was sexually assaulted and sexually harassed in the Fall of 2019, while being a student at CSU and working at the CSU Canvas Stadium as a server for Spectra.

Katie further disclosed that she was sexually assaulted and sexually harassed while working at the stadium during 3 CSU football games at Canvas Stadium from September-October 2019 by CSU Canvas Stadium Loge box owner Michael Best and his friend Scott Schell. Katie disclosed that she was touched inappropriately and sexually by both men and was also called derogatory names such as "bitch" while tending to her work-related duties as a server at the stadium.

Katie indicated that she reported these incidents to her employer, local law enforcement and campus authorities during and/or after she was victimized.

Katie indicated that the law enforcement and campus investigations (Title IX) concluded with no criminal charges being filed against Best or Schell. She also indicated that Best was moved to a new loge box suite, a nicer suite in the football stadium, "an upgrade", as a consequence of his behavior

Katie reported that she left her job with Spectra as a result of the victimization and the lack of action taken by her employer and campus authorities. Additionally, Katie indicated that she ultimately made the decision to leave the state of Colorado for law school as a result of trauma related symptoms associated with the victimization.

Katie also disclosed that she was the victim of additional traumas related to interpersonal violence when she was in high school, prior to the incidents in the Fall of 2019.

# Counseling in Collaboration, LLC
## Jessica Frazier MSW, LCSW
390 South Potomac Way, Suite C, Aurora, CO 80012
PO Box 202644. Denver, CO 80220
720-432-1509/ jessicafrazier.cnc@gmail.com

---

***Clinical Assessment and Diagnosis:*** In order to assess for the current impact of the 2019 incidents of sexual abuse and sexual harassment Katie Schiller the PCL-5, Post Traumatic Stress Disorder (PTSD) Checklist (2018) was administered to identify indicators of trauma. The PCL-5 is an evidence-based assessment tool used to identify preliminary symptoms of PTSD for individuals who have been exposed to trauma per the Diagnostic and Statistical Manual of Mental Disorders, 5th ed (DSM-V). In general, a PCL-5 score of 33 is indicative of a provisional diagnosis of PTSD. Katie completed the PCL-5 assessment during the assessment on 1/28/22, with a score of 52 which would indicate a fairly significant trauma response resulting from the sexual abuse and sexual harassment she endured Sept-Oct 2019 (See attached completed PCL-5 assessment for reference). The PCL-5 specifically looks at current symptomology and indicators **in the past month**. Additionally, the PCL-5 questions focus on a specific traumatic event or experience. Katie was asked to specify her answers to the traumatic incidents of sexual harassment and sexual assault form Sept-Oct 2019. Trauma related indicators identified by Katie on the PCL-5 include:

- Katie answered feeling "extremely" upset when something reminds her of the sexual abuse and harassment incidents (#4).
- Katie answered that her tendency to avoid memories, thoughts, or feelings related to the sexual abuse and harassment; as well as her tendency to avoid eternal reminders as "extremely" (#6 and #7).
    - It is relevant to note- Katie became tearful during the assessment when discussing regret and sadness related to moving from Colorado to Washington but indicated it was too hard for her to remain in Colorado due to the trauma related triggers (#7)
- Katie also answered "extremely" to question #10- blaming self or someone else for what happened.
    - Katie further indicated that she often blames herself for not pushing harder for accountability and consequences within the CSU system, and also for not advocating "more" for herself with previous attorney representing her.
    - Katie also expressed feelings of guilt for other girls who may have been victimized as well by perpetrators.
- Katie answered "extremely" to question 11 as well. She reported feelings of shame and guilt associated with returning to work/the loge suite after the first incident of sexual assault and harassment.
- Katie also indicated a marked shift in her social engagement since the traumatic incidents. In response to question 12 she answered "extremely". Katie indicated feeling isolated, less social, less engaged in student clubs than she was prior to the sexual harassment and abuse incidents.
- Katie reported being "extremely" alert or watchful/on guard (#17).

Katie also completed the Trauma-Related Cognition Scale, self-administered, on 2/2/2022. Katie indicated fairly significant assimilation and accommodation tendencies related to the sexual abuse and harassment she endured.

- Katie's tendency to blame herself for the incidents is indicated in answers to questions 8, 16, 19, 57
- Negative cognitions associated with the trauma are indicated in Katie's answers to question 43, 48, 51

# Counseling in Collaboration, LLC
## Jessica Frazier MSW, LCSW
390 South Potomac Way, Suite C, Aurora, CO 80012
PO Box 202644. Denver, CO 80220
720-432-1509/ jessicafrazier.cnc@gmail.com

---

The PCL-5 assessment, Trauma-Related Cognition Scale and further assessment utilizing the DSM-V criteria would indicate a current diagnosis of Post-Traumatic Stress Disorder (309.81/F43.10) for Katie Schiller directly related to the sexual abuse and harassment perpetrated against her by Michael Best and Scott Schell in Fall of 2019.

Present Symptomology per DSM-V criteria of PTSD (309.81/F43.10):

- Directly related to the sexual abuse victimization, Katie has experienced intrusion symptoms including recurrent, involuntary, and intrusive memories of the abuse.
- Katie attempts to avoid stimuli associated with the abuse including memories, people/peers, places associated with the abuse or the perpetrator.
- Katie has exhibited symptoms associated with intense prolonged psychological distress at exposure to cues that resemble aspects of the traumatic event.
- Katie has experienced significant alterations in her cognitions and mood associated with the abuse.
- Katie holds negative beliefs about herself directly related to the victimization, specifically having feelings of shame and guilt related to the abuse perpetrated against her.

The listed symptomology, client self-report, PCL-5 and Trauma-Related Cognition Scale questionnaire support my clinical assessment and diagnosis of PTSD for Katie Schiller as it directly relates to the sexual assault and sexual harassment incidents Katie was the victim of in 2019.  The perpetration of sexual violence are primary contributing factors to the trauma diagnosis.  Additional factors that may also contribute to the trauma diagnosis include: feeling helpless, lack of feeling supported from the University and former employer, not feeling believed or cared for in the aftermath of the traumatic incidents.   This is congruent with research related to the social and psychological impact of negative reactions to disclosures of sexual assault and abuse (Ahrens, C.E. Being Silenced: The Impact of Negative Social Reactions on the Disclosure of Rape. The American Journal of Community Psychology, 2006 Dec; 38(3-4): 263–274).

### _Additional Mental Health Related Factors Considered_:

It is relevant to note that during the assessment process Katie was asked about previous mental health diagnoses and treatment.  Katie disclosed that she was diagnosed with PTSD and possibly depression due to an abusive dating relationship and sexual assault prior to the traumatic incidents she was the victim of from Sept-Oct 2019.  Per Katie's self-report, the symptoms associated with her previous mental health diagnosis had improved greatly before she was sexually harassed and sexually assaulted from Sept-Oct 2019.  This is seemingly congruent with some of Katie's mental health records from the CSU Counseling Center I was able to review.  In reviewing the progress notes from her therapy session on September 7th 2018 Katie has a documented CCAPS distress score of 12.  One year later, the CCAPS distress indicator score was reported to be a "1" in the progress note dated September 6th of 2019, (allegedly prior to the 3 incidents of sexual harassment and sexual abuse victimization in Sept of 2019).  I would infer from this data that Katie demonstrated a significant decline in her overall distress indicators in the one year period.

These previous traumas Katie experienced were not the focus of the assessment and were not discussed in depth during the assessment process.

# Counseling in Collaboration, LLC
## Jessica Frazier MSW, LCSW
390 South Potomac Way, Suite C, Aurora, CO 80012
PO Box 202644. Denver, CO 80220
720-432-1509/ jessicafrazier.cnc@gmail.com

Please see the attached Client Intake Form and complete assessment data for additional information regarding this report summary.

*[signature]* 2/3/22

**Jessica Frazier, LCSW**
**Counseling In Collaboration, LLC**