

| | |
|---|---|
| **From:** | Matthew Cron |
| **To:** | Guesno, Jacqueline R. (Denver); Ciara Anderson; Jennifer Hunt; Skip Spear; Lauren Davison; Patrick Warwick-Diaz; Garcia, Emely (Denver); jpagliuca@hmflaw.com |
| **Cc:** | Benjamin DeGolia; Hannah Rose; Schowe, Denise Sisneros (Denver) |
| **Subject:** | RE: Schiller v. CSU et al - Plaintiff's Seventh Supplemental Disclosures |
| **Date:** | Wednesday, March 23, 2022 1:40:28 PM |
| **Attachments:** | image001.png |

Hi Jacqui –

The exhibits used to support her opinion are her diagnostic evaluations of Katie. No publications or testimony. The $125/hr is Ms. Frazier's clinical evaluation rate. I will clarify with her whether she has a different rate for testimony.

Thanks,
Matt

**From:** Guesno, Jacqueline R. (Denver) <Jacqueline.Guesno@jacksonlewis.com>
**Sent:** Wednesday, March 23, 2022 1:12 PM
**To:** Ciara Anderson <ca@rmlawyers.com>; Jennifer Hunt <jennifer.hunt@coag.gov>; Skip Spear <skip.spear@coag.gov>; Lauren Davison <lauren.davison@coag.gov>; Patrick Warwick-Diaz <patrick.warwick-diaz@coag.gov>; Garcia, Emely (Denver) <Emely.Garcia@jacksonlewis.com>; jpagliuca@hmflaw.com
**Cc:** Matthew Cron <mc@rmlawyers.com>; Benjamin DeGolia <bd@rmlawyers.com>; Hannah Rose <hr@rmlawyers.com>; Schowe, Denise Sisneros (Denver) <Denise.Schowe@jacksonlewis.com>
**Subject:** RE: Schiller v. CSU et al - Plaintiff's Seventh Supplemental Disclosures

Hi Ciara—
We have received the supplemental disclosure and are wondering if you are planning on also providing any exhibits that will be used to support her opinion, a list of all publications authored in the previous ten years by Ms. Frazier, and a list of cases during the previous 4 years where she has testified as an expert at trial or deposition. Also, is Ms. Frazier being paid $125 an hour for all of her work on this case?
Thanks, Jacqui



**Jacqueline R. Guesno**
Attorney at Law

**Jackson Lewis P.C.**
950 17th Street Suite 2600
Denver, CO 80202
Direct: (303) 876-2228 | Main: (303) 892-0404
Jacqueline.Guesno@jacksonlewis.com | www.jacksonlewis.com

**From:** Ciara Anderson <ca@rmlawyers.com>

**Sent:** Tuesday, March 22, 2022 4:36 PM
**To:** Jennifer Hunt <jennifer.hunt@coag.gov>; Skip Spear <skip.spear@coag.gov>; Lauren Davison <lauren.davison@coag.gov>; Patrick Warwick-Diaz <patrick.warwick-diaz@coag.gov>; Guesno, Jacqueline R. (Denver) <Jacqueline.Guesno@jacksonlewis.com>; Garcia, Emely (Denver) <Emely.Garcia@jacksonlewis.com>; jpagliuca@hmflaw.com
**Cc:** Matthew Cron <mc@rmlawyers.com>; Benjamin DeGolia <bd@rmlawyers.com>; Hannah Rose <hr@rmlawyers.com>
**Subject:** Schiller v. CSU et al - Plaintiff's Seventh Supplemental Disclosures

**[EXTERNAL SENDER]**

Hello,

Please find attached Plaintiff's Seventh Supplemental Disclosure, which includes Ms. Frazier's expert report and supporting documents, CV, and disclosure statement with her hourly rate.

Sincerely,

**CIARA M. ANDERSON | ATTORNEY** (*she/her*)
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
Phone: (303) 578-4400
Fax: (303) 578-4401
Email: ca@rmlawyers.com