**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-02702-RM-SKC

KATELYN SCHILLER,

      Plaintiff;

      v.

THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, BY AND ON BEHALF OF COLORADO STATE UNIVERSITY;
OVATIONS FOOD SERVICES, LP (d/b/a SPECTRA FOOD SERVICES AND HOSPITALITY),

      Defendants.

---

**JOINT MOTION TO VACATE FINAL PRETRIAL CONFERENCE**

---

Plaintiff and Defendant Board of Governors, by and through their respective counsel, hereby request that the court enter an order vacating the parties' final pretrial conference calendared for Monday, July 11, 2022. As grounds therefore the Parties state as follows:

1.      Plaintiff and Defendant Board of Governors reached a final settlement agreement on Friday, June 24, 2022.

2.      The parties are currently awaiting final signatures. Due to the normal press of business and previously scheduled travel, the parties have not been able to fully execute the settlement agreement. Once the agreement is fully signed and executed, the parties will file a notice of stipulated dismissal pursuant to F.R.C.P. 41(a)(1)(A)(ii).

3.     Proceeding with a final pretrial conference would be an inefficient use of judicial resources given the current posture of the dispute and would divert the parties' resources from the efforts to finalize their settlement.

WHEREFORE, Plaintiff and Defendant Board of Governors respectfully requests that the Court enter an order vacating the pretrial conference currently calendared for July 11, 2022.

Respectfully submitted this 8th day of July 2022.

*s/ Benjamin DeGolia*
Benjamin DeGolia
Ciara Anderson
Matthew Cron
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400
bd@rmlawyers.com
mc@rmlawyers.com
ca@rmlawyers.com

*Attorneys for Plaintiffs*

*s/ Skip Spear*
Skippere "Skip" Spear
Jennifer H. Hunt
Lauren Davison
Patrick Warwick-Diaz
Office of the Colorado Attorney General
1300 Broadway, 6th Floor
Denver, CO 80203
Skip.spear@coag.gov
Jennifer.hunt@coag.gov
Lauren.davison@coag.gov
Patrick.warwick-diaz@coag.gov

*Attorneys for Defendant Board of Governors*