**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 20-cv-02702-RM-SKC

KATELYN SCHILLER,

Plaintiff;

v.

THE BOARD OF GOVERNORS OF THE COLORADO STATE UNIVERSITY SYSTEM, BY AND ON BEHALF OF COLORADO STATE UNIVERSITY,

Defendants.

---

**NOTICE OF STIPULATED DISMISSAL OF ACTION**

---

PLEASE TAKE NOTICE that Plaintiff Katelyn Schiller and Defendant Board of Governors of Colorado State University, by and through their respective counsel, hereby stipulate that the Parties have reached a full and final settlement agreement in this case and that all claims in this matter should be dismissed, with prejudice, with each party to pay its own costs and attorney fees.

Respectfully submitted this 19th day of August 2022.

*s/ Benjamin DeGolia*
Benjamin DeGolia
Matthew Cron
Ciara Anderson
RATHOD | MOHAMEDBHAI LLC
2701 Lawrence Street, Suite 100
Denver, CO 80205
(303) 578-4400
bd@rmlawyers.com
mc@rmlawyers.com
ca@rmlawyers.com

*s/ Skippere Spear*
Skippere "Skip" Spear
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 6th Floor
Denver, Colorado 80203
(720) 508-6000
skip.spear@coag.gov

*Attorney for Defendant Colorado State University*